UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN HENRY HENNESSEY,

    Plaintiff,

v.                               Case No.: 2:24-cv-00804-SPC-NPM

CARMINE MARCINO *et al.*,

    Defendants,

## OPINION AND ORDER

This case comes before the Court on review of the file. Plaintiff John Henry Hennessey filed this action as a pretrial detainee at Lee County Jail. Hennessey was released from custody on June 30, 2025, and he has not provided a new mailing address or otherwise participated in this case since. The defendants arranged to depose Hennessey on August 6, 2025, but he did not show up. The parties rescheduled the deposition for August 18, 2025, but again, Hennessey failed to appear. The defendants filed a motion for sanctions on that basis, and Hennessey did not respond. (*See* Doc. 49). Hennessey also failed to meet and confer with the defendants by the deadline set in the Case Management and Scheduling Order (Doc. 29). Defense counsel's repeated calls to Hennessey's last-known phone number were unable to be completed as dialed, and counsel has no other way to contact him. (*See* Doc. 50).

The Court would normally order Hennessey to show cause why this action should not be dismissed for failure to prosecute. *See* M.D. Fla. 3.10. That would be futile here because Hennessey has not updated his contact information since his release from jail, so the Court cannot send him an order. Accordingly, this action is **DISMISSED without prejudice** for failure to prosecute. The Clerk is **DIRECTED** to terminate pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 23, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1